**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PAUL SCOTT, an individual, | Case No.: 2:20-cv-00236-RSM |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANTS AND MOTION TO STRIKE PENDING PRO HAC VICE APPLICATIONS** |
| CALEB CARR, individually, and the marital community of CALEB and ALISON CARR; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant, | |
| Defendants. | |

This matter having come before the Court on Defendants' Stipulated Motion to Withdraw and Substitute Counsel for Defendants and Motion to Strike Pending Pro Hac Vice Applications, and the Court being fully advised in the premises and having reviewed the case file and pleadings contained therein,

IT IS HEREBY ORDERED:

1.      Defendants' Stipulated Motion to Withdraw and Substitute Counsel for Defendants is GRANTED; and

2.      Defendants' Motion to Strike Pending Pro Hac Vice Applications of Gregory V. Novak (Dkt. 8); Pro Hac Vice Application of Henry A. Petri, Jr. (Dkt. 9); and Pro Hac Vice Application of Suni Sukduang (Dkt. 10) is GRANTED.

3.      The Clerk is hereby instructed to strike the pending Pro Hac Vice Applications of



Gregory V. Novak (Dkt. #8); Pro Hac Vice Application of Henry A. Petri, Jr. (Dkt. #9); and Pro Hac Vice Application of Suni Sukduang (Dkt. #10) in the Court record.

DATED this 11th day of March 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

POLSINELLI PC

By: /s/ Jessica M. Andrade
Jessica M. Andrade, WSBA# 39297
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Phone: (206) 393-5422
Email: Jessica.andrade@polsinelli.com

**Withdrawing** Attorneys for Defendants
Caleb Carr, Alison Carr, and
Vita Inclinata Technologies, Inc.

