Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>          Defendants. | NO. 2:20-cv-00236-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES** |

WHEREAS, on April 7, 2020, the Court issued an Order Setting Trial Date and Related Dates (Dkt. No. 27);

WHEREAS, in Part B of the parties' Joint Status Report and Discovery Plan the parties jointly represented to the Court the perceived difficulties in their scheduling needs due to the unprecedented effects of the COVID-19 pandemic and their commitment to work cooperatively with one another to accommodate each other during these unprecedented times (Dkt. No. 24);

WHEREAS, due to the continued unprecedented effects of the COVID-19 pandemic, and the challenges and difficulties associated with conducting discovery while Washington's

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 1
Case No. **2:20-cv-00236-RSM**



stay-at-home order was in effect and while each parties' attorneys' physical offices continues to remain closed as of present, the parties believe that a change to the dates and schedule previously set by the Court and agreed to by the parties is necessary;

WHEREAS, the parties have agreed to extend certain deadlines due to the due to the challenges and difficulties associated with conducting discovery and other impacts associated with COVID 19;

WHEREAS, the parties believe that the Court is well acquainted with the circumstances of this national health emergency, and is more than likely aware of the general nature of the impact on law firms during this uncertain time; however, should the Court require declarations explaining the impact of the COVID-19 pandemic of their respective counsel's law firms, the parties are more than willing to articulate specific circumstances supporting good cause for this modification.

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendant, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that trial be continued from April 5, 2021 to August 2, 2021 or as soonest thereafter as the Court permits, and the deadlines in the shall be modified as set forth below:

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **April 5, 2021** | **August 2, 2021** |
| All Motions Related to non-expert Discovery must be filed by (see LCR 7(d) | November 6, 2020 | January 27, 2021 |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | (expert disclosures: October 7, 2020; | March 5, 2021 |
| Discovery Completed by | December 7, 2020 | April 30, 2021 |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 2
Case No. **2:20-cv-00236-RSM**



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

| | | |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 5, 2021 | May 7, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | February 19, 2021 | June 18, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | March 8, 2021 | July 9, 2021 |
| Agreed pretrial order due<br><br>Pretrial conference to be scheduled by the Court. | March 24, 2021 | July 21, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 31, 2021 | July 28, 2021 |

DATED this 11th day of September, 2020.

| TOMLINSON BOMSZTYK RUSS | BETTS PATTERSON MINES |
|---|---|
| By: */s/ Blair M. Russ*<br>Abagail Staggers, WSBA No. 43962<br>Blair M. Russ, WSBA No. 40374<br>1000 Second Avenue, 3660<br>Seattle, WA 98104<br>Phone: (206) 621-1871<br>Fax: (206) 621-9907<br>Email: azs@tbr-law.com<br>          bmr@tbr-law.com<br><br>*Attorneys for Plaintiff Scott* | By: */s/ Anne Cohen (w/permission)*<br>Anne Cohen, WSBA No. 41183<br>Betts Patterson Mines<br>111 SW 5th Avenue, Suite 3650<br>Portland, Oregon 97204<br>Phone:  (503) 961-6540<br>Fax:  (503) 961-6339<br>Email:  acohen@bpmlaw.com<br><br>*Attorney for Defendants Carr and Vita* |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 3
Case No. **2:20-cv-00236-RSM**



# ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this 14th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

TOMLINSON BOMSZTYK RUSS

By: */s/ Blair M. Russ*
Abagail Staggers, WSBA No. 43962
Blair M. Russ, WSBA No. 40374
1000 Second Avenue, 3660
Seattle, WA 98104
Phone: (206) 621-1871
Fax: (206) 621-9907
Email: azs@tbr-law.com
       bmr@tbr-law.com

*Attorneys for Plaintiff Scott*

BETTS PATTERSON MINES

By: */s/ Anne Cohen (w/permission)*
Anne Cohen, WSBA No. 41183
Betts Patterson Mines
111 SW 5th Avenue, Suite 3650
Portland, Oregon 97204
Phone: (503) 961-6540
Fax: (503) 961-6339
Email: acohen@bpmlaw.com

*Attorney for Defendants Carr and Vita*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 4
Case No. **2:20-cv-00236-RSM**

TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907