Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>                       Plaintiff,<br><br>v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>                     Defendants. | NO.  2:20-cv-00236-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES** |

WHEREAS, on April 7, 2020, the Court issued an Order Setting Trial Date and Related Dates (Dkt. No. 27);

WHEREAS, in Part B of the parties Joint Status Report and Discovery Plan the parties jointly represented to the Court their perceived difficulties in their scheduling needs due to the unprecedented effects of the COVID-19 pandemic and their commitment to work cooperatively with one another to accommodate each other during these unprecedented times (Dkt. No. 24);

WHEREAS, on September 14, 2020, the Court entered a Stipulated Motion and Order For Extension of Certain Deadlines (Dkt. No. 45);



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

1    WHEREAS, due to the continued unprecedented effects of the COVID-19 pandemic,

2  and the challenges and difficulties associated with conducting discovery while Washington's

3  stay-at-home order was in effect and while each parties' attorneys' physical offices continues

4  to remain closed as of present, the parties believe that a change to the dates and schedule

5  previously set by the Court and agreed to by the parties is necessary;

6    WHEREAS, the parties have agreed to extend certain deadlines due to the due to the

7  challenges and difficulties associated with conducting discovery, including illness of defense

8  counsel's staff,  and other impacts associated with COVID 19;

9    WHEREAS, the parties believe that the Court is well acquainted with the circumstances

10  of this national health emergency, and is more than likely aware of the general nature of the

11  impact on law firms during this uncertain time; however, should the Court require declarations

12  explaining the impact of the COVID-19 pandemic of their respective counsel's law firms, the

13  parties are more than willing to articulate specific circumstances supporting good cause for

14  this modification.

15    IT IS HEREBY STIPULATED AND AGREED by and through the undersigned

16  counsel for Plaintiff and Defendant, in accordance with LCR 7(d)(1) and 10(g), subject to the

17  approval of the Court, that trial be continued from August 2, 2021 to August 23, 2021 or as

18  soonest thereafter as the Court permits, and the following deadlines in the shall be modified as

19  set forth below:

20

21

22

23

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **August 2, 2021** | **October 12, 2021** |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 2
Case No. **2:20-cv-00236-RSM**

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

| | | |
|---|---|---|
| All Motions Related to non-expert Discovery must be filed by (see LCR 7(d) | January 27, 2021 | March 29, 2021 |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | March 5, 2021 | May 4, 2021 |
| Discovery Completed by | April 30, 2021 | June 29, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 7, 2021 | July 6, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | June 18, 2021 | June 18, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | July 9, 2021 | July 9, 2021 |
| Agreed pretrial order due<br><br>Pretrial conference to be scheduled by the Court. | July 21, 2021 | July 21, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | July 28, 2021 | July 28, 2021 |

DATED this 31st day of December, 2020.

TOMLINSON BOMSZTYK RUSS

By: */s/ Abigail Z. Staggers*
Abigail Staggers, WSBA No. 43962
Blair M. Russ, WSBA No. 40374
1000 Second Avenue, 3660
Seattle, WA 98104
Phone:  (206) 621-1871
Fax:     (206) 621-9907
Email:   azs@tbr-law.com
            bmr@tbr-law.com
*Attorneys for Plaintiff Scott*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 3
Case No. **2:20-cv-00236-RSM**



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BETTS PATTERSON MINES


By: */s/ Anne Cohen (w/permission*
Anne Cohen, WSBA No. 41183
Betts Patterson Mines
111 SW 5th Avenue, Suite 3650
Portland, Oregon 97204
acohen@bpmlaw.com

*Attorney for Defendants Carr and Vita*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 4
Case No. **2:20-cv-00236-RSM**



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

1

**ORDER**

2        Based on the foregoing, IT IS SO ORDERED.

3

         DATED:  January 4, 2021.

4

5

6

7        RICARDO S. MARTINEZ
         CHIEF UNITED STATES DISTRICT JUDGE

8

9

*Presented by:*

10

TOMLINSON BOMSZTYK RUSS

11

12   By: */s/ Abigail Z. Staggers*
     Abigail Staggers, WSBA No. 43962
13   Blair M. Russ, WSBA No. 40374
     1000 Second Avenue, 3660
14   Seattle, WA 98104
     Phone:  (206) 621-1871
15   Fax:  (206) 621-9907
     Email:  azs@tbr-law.com
16           bmr@tbr-law.com

17   *Attorneys for Plaintiff Scott*

18   BETTS PATTERSON MINES

19

     By: */s/ Anne Cohen (w/permission*
20   Anne Cohen, WSBA No. 41183
     Betts Patterson Mines
21   111 SW 5th Avenue, Suite 3650
     Portland, Oregon 97204
22   acohen@bpmlaw.com

23   *Attorney for Defendants Carr and Vita*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF CERTAIN DEADLINES - 5
Case No. **2:20-cv-00236-RSM**

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907