The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>   Defendants. | Case No.   2:20-cv-00236-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES** |

WHEREAS, on April 7, 2020, the Court issued an Order Setting Trial Date and Related Dates (Dkt. No. 27);

WHEREAS, in Part B of the parties Joint Status Report and Discovery Plan the parties jointly represented to the Court their perceived difficulties in their scheduling needs due to the unprecedented effects of the COVID-19 pandemic and their commitment to work cooperatively with one another to accommodate each other during these unprecedented times (Dkt. No. 24);

WHEREAS, on September 14, 2020, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines (Dkt. No. 45);

///

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 1**
**Case No. 2:20-cv-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1    WHEREAS, on January 4, 2021, the Court entered a Stipulated Motion and Order for
2 Extension of Certain Deadlines that continued the jury trial date to October 12, 2021, or as
3 soonest thereafter as the Court permits (Dkt. No. 49);

4    WHEREAS, due to recent developments in the parties' mutual efforts to resolve this
5 matter without incurring the additional costs and fees needed to meet current deadlines in this
6 case, the parties believe that an extension of the dates and deadlines previously set by the Court
7 and agreed to by the parties is necessary;

8    WHEREAS, the parties have agreed to extend the dates and deadlines entered in this
9 case in order to allow each party time to fully engage in resolution efforts, and to avoid
10 concurrently arguing the non-expert discovery motions currently due on March 29, 2021, in the
11 midst of settlement efforts;

12   WHEREAS, the Court "strives to assist parties involved in civil litigation in resolving
13 their disputes in a just, timely and cost-effective manner" and has promulgated rules to
14 "encourage and promote the early and inexpensive resolution of disputes" (LCR 39.1(a)(1)) and
15 this extension would be consistent with the spirit of those objectives.

16   IT IS HEREBY STIPULATED AND AGREED by and through the undersigned
17 counsel for Plaintiff and Defendants, in accordance with LCR 7(d)(1) and 10(g), subject to the
18 approval of the Court, that the following deadlines in the case shall be modified as set forth
19 below:
20 ///
21 ///
22 ///
23 ///

**STIPULATED MOTION AND ORDER FOR**
**EXTENSION OF CERTAIN DEADLINES - 2**
**Case No. 2:20-cv-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **October 12, 2021** | **October 12, 2021** |
| All Motions Related to non-expert Discovery must be filed by (see LCR 7(d). | March 29, 2021 | April 30, 2021 |
| Disclosure of Expert Testimony under FRCP 26(a)(2.) | May 4, 2021 | June 3, 2021 |
| Discovery Completed by. | June 29, 2021 | July 29, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)). | July 6, 2021 | August 5, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than. | June 18, 2021 | August 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter. | July 9, 2021 | September 7, 2021 |
| Agreed pretrial order due. | July 21, 2021 | September 20, 2021 |
| Pretrial conference to be scheduled by the Court. | - | - |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due. | July 28, 2021 | September 27, 2021 |

DATED this 17th day of March 2021.

TOMLINSON BOMSZTYK RUSS

By: */s/Abigail Staggers*
Abagail Staggers, WSBA # 43962
Blair M. Russ, WSBA # 40374
1000 Second Avenue, 3660
Seattle, WA 98104
Phone:(206) 621-1871
Fax:(206) 621-9907
Email: azs@tbr-law.com
         bmr@tbr-law.com
*Attorneys for Plaintiff Scott*

BETTS PATTERSON MINES

By: */s/ Anne Cohen*
Anne Cohen, WSBA # 41183
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Phone: (206) 292-9988
Email: acohen@bpmlaw.com
*Attorney for Defendants Carr and Vita Inclinata*

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 3**
Case No. 2:20-cv-00236-RSM

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 19th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

TOMLINSON BOMSZTYK RUSS

By: */s/ Abigail Staggers*
Abagail Staggers, WSBA No. 43962
Blair M. Russ, WSBA No. 40374
1000 Second Avenue, 3660
Seattle, WA 98104
Phone: (206) 621-1871
Fax: (206) 621-9907
Email: azs@tbr-law.com
        bmr@tbr-law.com
*Attorneys for Plaintiff Scott*

BETTS PATTERSON MINES

By: */s/ Anne Cohen*
Anne Cohen, WSBA No. 41183
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Phone: (206) 292-9988
Email: acohen@bpmlaw.com
*Attorney for Defendants Carr and Vita Inclinata*

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 4**
**Case No. 2:20-cv-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, the foregoing was electronically filed with **United States District Court for the Western District of Washington** through the E-Filing system: **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF CERTAIN DEADLINES.**

I further certify that on March 17, 2021, I served a copy of the foregoing on:

| | |
|---|---|
| Blair M. Russ<br>Abigail Z. Staggers<br>Tomlinson Bomsztyk Russ<br>1000 Second Avenue, Suite 3660<br>Seattle, WA  98104<br>**Fax:  206-621-9907**<br>**Email:  bmr@tbr-law.com**<br>**azs@tbr-law.com**<br>*Of Attorney for Plaintiff* | |

\_\_\_\_  by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.
\_\_\_\_  by facsimile transmission to the number shown above.
  X    by additional e-service through the E-Filing system, if party was registered.
  X    by courtesy email to the email addresses shown above.

                                             */s/ Carrie J. Cook*
                                             Carrie J. Cook, CP
                                             Legal Assistant/Certified Paralegal

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 5**
**Case No. 2:20-cv-00236-RSM**

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988