The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>Defendants. | NO. 2: 20-cv-00236-RSM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO COMPEL [DKT. 53]; AND RE-NOTE TO MAY 21, 2021**<br><br>*[Clerk's Action Required]* |

This matter having come before the Court on Plaintiff's Unopposed Motion to Extend the Time for Filing a Response to Defendants' Motion to Compel [Dkt. 53]; and Re-Note to May 21, 2021, and the Court being fully advised in the premises and having reviewed the case file and pleadings contained therein:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff's Unopposed Motion to Extend the Time for Filing a Response to Defendants' Motion to Compel [Dkt. 53] is GRANTED.

2. Plaintiff will file its Response to Defendants' Motion to Compel on Monday, May 17, 2021.

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO COMPEL [DKT. 53]; AND RE-NOTE TO MAY 21, 2021 - 1

TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

3. Defendants' Motion to Compel [Dkt. 53] is hereby re-noted until May 21, 2021.

4. Defendants' Reply will be filed May 21, 2021.

DATED this 17th day of May, 2021.

 RICARDO S. MARTINEZ
 CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

TOMLINSON BOMSZTYK RUSS

By: /s/ Abigail Z. Staggers
Abigail Z. Staggers, WSBA #43962
Blair M. Russ, WSBA #40374
Attorneys for Plaintiff
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: (206) 621-1871
Facsimile: (206) 621-9907
Email: bmr@tbr-law.com
 azs@tbr-law.com



# **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Anne Cohen, Esq.**
**Cruz Turcott, Esq.**
*Betts Patterson Mines [PDX]*
*111 SW 5th Avenue, Suite 3650*
*Portland, Oregon 97204*
*acohen@bpmlaw.com*

/s/ Lisa Sebree
Lisa Sebree, Paralegal
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Phone: 206.621.1871
Email: lae@tbr-law.com

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING A RESPONSE TO DEFENDANTS' MOTION TO COMPEL [DKT. 53]; AND RE-NOTE TO MAY 21, 2021 - 3



TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907