UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>Defendants. | Case No. 2:20-cv-00236-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES**<br><br>**The Honorable Ricardo S. Martinez**<br>**NO ORAL ARGUMENT REQUESTED**<br>**Hearing Date: July 21, 2021** |

WHEREAS, on April 7, 2020, the Court issued an Order Setting Trial Date and Related Dates (Dkt. 27);

WHEREAS, in Part B of the parties Joint Status Report and Discovery Plan, the parties jointly represented to the Court their perceived difficulties in their scheduling needs due to the unprecedented effects of the COVID-19 pandemic and their commitment to work cooperatively with one another to accommodate each other during these unprecedented times (Dkt. 24);

WHEREAS, on September 14, 2020, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines (Dkt. 45);

///



Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

WHEREAS, on January 4, 2021, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines that continued the jury trial date to October 12, 2021, or as soonest thereafter as the Court permits (Dkt. 49);

WHEREAS, on March 19, 2021, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines that reset the discovery deadline in this matter to July 29, 2021, (Dkt. 51);

WHEREAS, the parties now wish to clarify the meaning and effect of the April 30, 2021, deadline previously set for "All Motions Related to Non-Expert Discovery" in order to conduct remaining discovery efficiently;

WHEREAS, the parties have each submitted respective non-expert discovery motions which are now fully briefed and are currently pending before this Court (Defendants' Motion to Compel (Dkt. 51), Defendants' Motion for Protective Order (Dkt. 55), and Plaintiff's Motion to Compel (Dkt. 57));

WHEREAS, the parties agree that the outcome of these pending non-expert discovery motions may potentially expand the scope and necessary duration of discovery and agree that it would be inefficient to finalize expert discovery and adhere to the current discovery deadline of July 29, 2021, all before the entry of Orders resolving the non-expert discovery motions currently pending before this Court (Dkts. 51, 55, and 57);

WHEREAS, the parties agree for the foregoing reasons that the future deadlines in this matter's case schedule should be struck and that remaining deadlines should be set following the entry of Orders resolving the non-expert discovery motions currently pending before this Court (Dkts. 51, 55, and 57).

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendants, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that the following deadlines in the case shall be modified as set forth below. Within



Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

thirty (30) days following entry of the last Order(s) which resolve the non-expert discovery motions currently pending before this Court, counsel for Plaintiffs and Defendants shall meet and confer and jointly propose to the Court new dates for trial and the remaining pre-trial deadlines scheduled as "TBD" below.

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **October 12, 2021** | TBD |
| Non-expert, fact discovery completed. All Motions Related to non-expert Discovery must be filed by (see LCR 7(d)) | April 30, 2021 | April 30, 2021 |
| Disclosure of Expert Testimony pursuant FRCP 26(a)(2) must be served by | June 3, 2021 | June 3, 2021 |
| Discovery Completed by | July 29, 2021 | +60 days after entry of the last Order(s) which resolve the non-expert discovery motions currently pending before this Court, as identified above. |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 5, 2021 | +30 days after the above discovery deadline. |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | August 17, 2021 | TBD |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter. | September 7, 2021 | TBD |
| Agreed pretrial order due. | September 20, 2021 | TBD |
| Pretrial conference to be scheduled by the Court. | TBD | TBD |



Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| Event Title | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due. | September 27, 2021 | TBD |

IT IS SO STIPULATED.

DATED this 21st day of July 2021.

BETTS, PATTERSON & MINES, P.S.

By: ***/s/ Cruz H. Turcott***
Anne Cohen, WSBA No. 41183
Cruz H. Turcott, WSBA No. 57532
Email: acohen@bpmlaw.com
cturcott@bpmlaw.com
Attorneys for Defendants

TOMLINSON BOMSZTYK RUSS

By: ***/s/ Abigail Staggers***
Blair M. Russ, WSBA No. 40374
Abigail Z. Staggers, WSBA No. 43962
Email: bmr@tbr-law.com
azs@tbr-law.com
Attorneys for Plaintiff

---

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

Dated this 22nd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BETTS, PATTERSON & MINES, P.S.

By: ***/s/ Cruz H. Turcott***
Cruz H. Turcott, WSBA No. 57532
Attorneys for Defendants

TOMLINSON BOMSZTYK RUSS



Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

By: */s/ Abigail Staggers*
Abigail Z. Staggers, WSBA No. 43962
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, the foregoing was electronically filed with **United States District Court for the Western District of Washington** through the E-Filing system: **STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES.**

I further certify that on July 21, 2021, I served a copy of the foregoing on:

| | |
|---|---|
| Blair M. Russ<br>Abigail Z. Staggers<br>Tomlinson Bomsztyk Russ<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>Fax: 206-621-9907<br>Email: bmr@tbr-law.com<br>azs@tbr-law.com<br>*Of Attorney for Plaintiff* | |

_____ by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.
_____ by facsimile transmission to the number shown above.
__X__ by additional e-service through the E-Filing system, if party was registered.
__X__ by courtesy email to the email addresses shown above.

*/s/ Carrie J. Cook*
Carrie J. Cook, CP
Legal Assistant/Certified Paralegal



Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988