UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL SCOTT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant,<br><br>　　　　　Defendants. | Case No.   2:20-cv-00236-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES**<br><br>**The Honorable Ricardo S. Martinez**<br>**NO ORAL ARGUMENT REQUESTED**<br>**Hearing Date:  October 6, 2021** |

WHEREAS, on April 7, 2020, the Court issued an Order Setting Trial Date and Related Dates (Dkt. 27);

WHEREAS, in Part B of the parties Joint Status Report and Discovery Plan, the parties jointly represented to the Court their perceived difficulties in their scheduling needs due to the unprecedented effects of the COVID-19 pandemic and their commitment to work cooperatively with one another to accommodate each other during these unprecedented times (Dkt. 24);

WHEREAS, on September 14, 2020, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines (Dkt. 45);

///

///

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES - 1**
**CASE NO. 2:20-CV-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

WHEREAS, on January 4, 2021, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines that continued the jury trial date to October 12, 2021, or as soonest thereafter as the Court permits (Dkt. 49);

WHEREAS, on March 19, 2021, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines that reset the discovery deadline in this matter to July 29, 2021, (Dkt. 51);

WHEREAS, on July 21, 2021, the parties submitted a stipulated motion for an extension of the case schedule entered in this matter, with deadlines to be determined after the Court entered Orders resolving the parties' respective non-expert discovery motions which were then fully briefed and pending before this Court (i.e., Defendants' Motion to Compel (Dkt. 51), Defendants' Motion for Protective Order (Dkt. 55), and Plaintiff's Motion to Compel (Dkt. 57));

WHEREAS, on July 22, 2021, the Court entered a Stipulated Motion and Order for Extension of Certain Deadlines that reset the deadlines in this matter as "To Be Determined" and contingent upon the date the Court entered Orders resolving the non-expert discovery motions above (Dkt. 85);

WHEREAS, on August, 26, 2021, the Court entered an Order re: Motions To Compel and Granting Defendants' Motion For Protective Order (Dkt. 86) and, therefore, the parties are now prepared to set deadlines which were previously struck and left "To Be Determined."

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendants, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that the following deadlines in the case shall be modified as set forth below.

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **October 12, 2021** | **April 11, 2022** |
| Non-expert, fact discovery completed. All Motions Related to non-expert Discovery must be filed by (see LCR 7(d)) | April 30, 2021 | April 30, 2021 |

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES - 2**
**CASE NO. 2:20-CV-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Disclosure of Expert Testimony pursuant FRCP 26(a)(2) must be served by: | June 3, 2021 | June 3, 2021 |
| Discovery Completed by: | July 29, 2021 | October 25, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)): | August 5, 2021 | November 24, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than: | August 17, 2021 | November 30, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter: | September 7, 2021 | February 10, 2022 |
| Agreed pretrial order due: | September 20, 2021 | March 11, 2022 |
| Pretrial conference to be scheduled by the Court: | TBD | TBD |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due: | September 27, 2021 | March 28, 2022 |

IT IS SO STIPULATED.

DATED this 6th day of October 2021.

BETTS, PATTERSON & MINES, P.S.          TOMLINSON BOMSZTYK RUSS

By: */s/ Cruz H. Turcott*                By: **/s/Abigail Staggers**
Anne Cohen, WSBA No. 41183               Blair M. Russ, WSBA No. 40374
Cruz H. Turcott, WSBA No. 57532          Abigail Z. Staggers, WSBA No. 43962
Email: acohen@bpmlaw.com                 Email: bmr@tbr-law.com
       cturcott@bpmlaw.com                      azs@tbr-law.com
Attorneys for Defendants                 Attorneys for Plaintiff

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES - 3**
**CASE NO. 2:20-CV-00236-RSM**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this 7th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BETTS, PATTERSON & MINES, P.S.

By: */s/ Cruz H. Turcott*
Cruz H. Turcott, WSBA No. 57532
Attorneys for Defendants

TOMLINSON BOMSZTYK RUSS

By: */s/ Abigail Staggers*
Abigail Z. Staggers, WSBA No. 43962
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE
SCHEDULE DEADLINES - 4
CASE NO. 2:20-CV-00236-RSM

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, the foregoing was electronically filed with **United States District Court for the Western District of Washington** through the E-Filing system: **STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES.**

I further certify that on October 6, 2021, I served a copy of the foregoing on:

| | |
|---|---|
| Blair M. Russ<br>Abigail Z. Staggers<br>Tomlinson Bomsztyk Russ<br>1000 Second Avenue, Suite 3660<br>Seattle, WA  98104<br>Fax:  206-621-9907<br>Email:  bmr@tbr-law.com<br>azs@tbr-law.com<br>*Of Attorney for Plaintiff* | |

\_\_\_\_\_  by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.
\_\_\_\_\_  by facsimile transmission to the number shown above.
  X    by additional e-service through the E-Filing system, if party was registered.
  X    by courtesy email to the email addresses shown above.

                                                    */s/ Carrie J. Cook*
                                                    Carrie J. Cook, CP
                                                    Legal Assistant/Certified Paralegal

STIPULATED MOTION AND ORDER FOR EXTENSION OF CASE
SCHEDULE DEADLINES - 5
CASE NO. 2:20-CV-00236-RSM

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988