**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PAUL SCOTT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CALEB CARR, individually; and VITA INCLINATA TECHNOLOGIES INC., a Delaware Corporation, as a nominal Defendant, <br><br> Defendants. | NO. 2: 20-cv-00236-RSM <br><br> **STIPULATED MOTION AND ORDER OF DISMISSAL** <br><br> **[CLERK'S ACTION REQUIRED]** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PAUL SCOTT and Defendants CALEB CARR and VITA INCLINATA TECHNOLOGIES INC. ("Defendants") that all of Plaintiff's claims against all Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

///
///
///
///
///

STIPULATED MOTION AND ORDER OF DISMISSAL - 1

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

1

2       DATED this 2nd day of March, 2022, at Seattle, Washington.

3  TOMLINSON BOMSZTYK RUSS                BETTS PATTERSON & MINES, P.S.

4  By: s/Henry Avery                     By:    s/Cruz Turcott
   Blair M. Russ, WSBA #40374             Anne Cohen, WSBA No. 41183
5  Henry Avery, WSBA #54086               Cruz H. Turcott, WSBA No. 57532
   1000 Second Avenue, Suite 3660         111 S.W. Fifth Avenue, Suite 3650
6  Seattle, Washington 98104              Portland, Oregon 97204
   T: (206) 621-1871 F: (206) 621-9907    Telephone: (503) 961-6542
7  Email: bmr@tbr-law.com                 Email: acohen@bpmlaw.com
   Email: hja@tbr-law.com                 Email: cturcott@bpmlaw.com
8  Attorneys for Plaintiff                Attorneys for Defendants

STIPULATED MOTION AND ORDER OF DISMISSAL - 2

TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against all Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees.

DATED this 3rd day of March 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TOMLINSON BOMSZTYK RUSS

By: s/Henry Avery
Henry Avery, WSBA #54086
Attorneys for Plaintiff

BETTS PATTERSON & MINES, P.S.

By: s/Cruz Turcott
Cruz Turcott, WSBA #57532
Attorneys for Defendants